UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VELASQUEZ, ) | 1:14-cv-00268 LJO GSA HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION [Doc. #8] |
| ) | |
| v. ) | ORDER DISMISSING GROUND ONE FROM |
| ) | PETITION FOR WRIT OF HABEAS CORPUS |
| ) | |
| ) | ORDER REFERRING MATTER BACK TO |
| H. LACKNER, Warden, ) | MAGISTRATE JUDGE FOR FURTHER |
| ) | PROCEEDINGS |
| Respondent. ) | |
| ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 19, 2014, the Magistrate Judge issued a Findings and Recommendation that recommended Ground One be dismissed from the petition with prejudice. The Findings and Recommendation was served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On April 14, 2014, Petitioner filed objections to the Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file and having considered the objections, the

1

1  Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record
2  and proper analysis, and there is no need to modify the Findings and Recommendations based on the
3  points raised in the objections.
4      Accordingly, IT IS HEREBY ORDERED that:
5      1. The Findings and Recommendation issued March 19, 2014, is ADOPTED IN FULL;
6      2. Ground One is DISMISSED from the petition with prejudice;
7      3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.
8
9  IT IS SO ORDERED.
10      Dated:   **April 22, 2014**          /s/ Lawrence J. O'Neill
11                                                      UNITED STATES DISTRICT JUDGE